```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 01414
    OSCAR LEWIS
    CASSANDRA LACASTA LEWIS                     CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-8450      SSN XXX-XX-5195

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/23/08 .

    2.  The case was dismissed without confirmation, 05/09/2008.

    3.  The Debtor paid a total of $    870.00 .

------------------------------------------------------------------------
CREDITOR NAME              CLASS              CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                   PAID           PAID
------------------------------------------------------------------------
CHASE HOME FINANCE         CURRENT MORTG              .00           .00            .00
CHASE HOME FINANCE         MORTGAGE ARRE  NOT FILED                 .00            .00
HSBC MORTGAGE SERVICES     SECURED                    .00           .00            .00
HSBC MORTGAGE SERVICES     MORTGAGE ARRE  NOT FILED                 .00            .00
ARGONNE CREDIT UNION       SECURED VEHIC              .00           .00            .00
ARGONNE CREDIT UNION       SECURED VEHIC              .00           .00            .00
PERSONAL FINANCE           SECURED VEHIC              .00           .00            .00
ACCOUNT RECOVERY SERVICE   UNSECURED      NOT FILED                 .00            .00
ADVANCED FAMILY DENTAL     UNSECURED      NOT FILED                 .00            .00
ALLIED INTERSTATE          UNSECURED      NOT FILED                 .00            .00
ALLIED INTERSTATE          UNSECURED      NOT FILED                 .00            .00
AMERICAN CREDIT SYSTEM     UNSECURED      NOT FILED                 .00            .00
ARGONNE CREDIT UNION       UNSECURED      NOT FILED                 .00            .00
ARGONNE CREDIT UNION       UNSECURED      NOT FILED                 .00            .00
ARGONNE CREDIT UNION       UNSECURED      NOT FILED                 .00            .00
BARCLAYS BANK DELAWARE     UNSECURED      NOT FILED                 .00            .00
BLUEGREEN CORPORATION      UNSECURED      NOT FILED                 .00            .00
BOB BRYANT                 UNSECURED      NOT FILED                 .00            .00
CACH LLC                   UNSECURED      NOT FILED                 .00            .00
CAPITAL ONE BANK           UNSECURED      NOT FILED                 .00            .00
------------------------------------------------------------------------
CREDITOR NAME              CLASS              CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                   PAID           PAID
------------------------------------------------------------------------
CAPITAL ONE BANK           UNSECURED      NOT FILED                 .00            .00
CAPITAL ONE BANK           UNSECURED      NOT FILED                 .00            .00
CAPITAL ONE BANK           UNSECURED      NOT FILED                 .00            .00
CAPITAL ONE BANK           UNSECURED      NOT FILED                 .00            .00
CAPITAL ONE BANK           UNSECURED      NOT FILED                 .00            .00
CAPITAL ONE BANK           UNSECURED      NOT FILED                 .00            .00
CITIBANK                   UNSECURED      NOT FILED                 .00            .00
CREDIT MANAGEMENT SERVIC   UNSECURED      NOT FILED                 .00            .00
CREDIT ONE BANK            UNSECURED      NOT FILED                 .00            .00
```

```
CREDITORS COLLECTION       UNSECURED       NOT FILED                 .00              .00
D&I ELECTRONICS            UNSECURED       NOT FILED                 .00              .00
DIRECT TV                  UNSECURED       NOT FILED                 .00              .00
DISCOVER BANK              UNSECURED       NOT FILED                 .00              .00
FCNB                       UNSECURED       NOT FILED                 .00              .00
FINGERHUT CREDIT ADVANTA   UNSECURED       NOT FILED                 .00              .00
FIRST DATA LEASING SOLUT   UNSECURED       NOT FILED                 .00              .00
FIRST PREMIER BANK         UNSECURED       NOT FILED                 .00              .00
FMS INC                    UNSECURED       NOT FILED                 .00              .00
GEMB                       UNSECURED       NOT FILED                 .00              .00
GEMB                       UNSECURED       NOT FILED                 .00              .00
HARVARD COLLECTION SERVI   UNSECURED       NOT FILED                 .00              .00
HSBC                       UNSECURED       NOT FILED                 .00              .00
HSBC                       UNSECURED       NOT FILED                 .00              .00
HSBC                       UNSECURED       NOT FILED                 .00              .00
HSBC                       UNSECURED       NOT FILED                 .00              .00
HSBC                       UNSECURED       NOT FILED                 .00              .00
HSBC                       UNSECURED       NOT FILED                 .00              .00
HSBC                       UNSECURED       NOT FILED                 .00              .00
ILL DEPT OF EMPLOYMENT S   UNSECURED       NOT FILED                 .00              .00
INTERNAL REVENUE SERVICE   UNSECURED       NOT FILED                 .00              .00
JOHNSON WATER              UNSECURED       NOT FILED                 .00              .00
BOB BRYANT                 UNSECURED       NOT FILED                 .00              .00
MERRICK BANK               UNSECURED       NOT FILED                 .00              .00
NCO FINANCIAL SYSTEMS      UNSECURED       NOT FILED                 .00              .00
NCO FINANCIAL SYSTEMS      UNSECURED       NOT FILED                 .00              .00
NICOR GAS                  UNSECURED       NOT FILED                 .00              .00
PERSONAL FINANCE           UNSECURED       NOT FILED                 .00              .00
PROVENA ST JOSEPH MEDICA   UNSECURED       NOT FILED                 .00              .00
SEARS DENTAL               UNSECURED       NOT FILED                 .00              .00
SPRINT NEXTEL              UNSECURED       NOT FILED                 .00              .00
VISION FINANCIAL CORP      UNSECURED       NOT FILED                 .00              .00
WASHINGTON MUTUAL CARD S   UNSECURED       NOT FILED                 .00              .00
WASHINGTON MUTUAL CARD S   UNSECURED       NOT FILED                 .00              .00
WASTE MANAGEMENT OF IL N   UNSECURED       NOT FILED                 .00              .00
-------------------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT          INTEREST         PRINCIPAL
                                                                     PAID              PAID
-------------------------------------------------------------------------------------------
WELLS FARGO FINANCIAL      UNSECURED       NOT FILED                 .00              .00
WILL COUNTY MEDICAL ASSO   UNSECURED       NOT FILED                 .00              .00
        Summary of disbursements:
-------------------------------------------------------------------------------------------
                      SECURED      PRIORITY      UNSECURED         OTHER           TOTAL
-------------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED        .00           .00            .00           .00             .00
PRINCIPAL PAID            .00           .00            .00           .00             .00
INTEREST PAID             .00           .00            .00           .00             .00
TOTAL PAID                .00           .00            .00           .00             .00
The Debtor's attorney, ERIC G ZELAZNY & ASSOC          , was allowed $            .00
and was paid $         .00 .

The Trustee received $           .00 .

Refunds to the Debtor totaled $    870.00 .
```

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 08/20/08                         /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```